# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 17, 2012

Lyle W. Cayce
Clerk

No. 11-41043
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RENE RIVAS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:10-CR-1570-1

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Rene Rivas raises arguments that he concedes are foreclosed by *United States v. Jimenez,* 323 F.3d 320, 322 (5th Cir. 2003), which upheld the constitutionality of 18 U.S.C. § 2119 as a valid exercise of Congress's Commerce Clause powers. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.